New York     Paris
Menlo Park     Madrid
Washington DC     Tokyo
São Paulo     Beijing
London     Hong Kong

# Davis Polk

**Matthew B. Lehr**

Davis Polk & Wardwell LLP    650 752 2010 tel
1600 El Camino Real    650 752 3610 fax
Menlo Park, CA 94025    matthew.lehr@davispolk.com

October 23, 2015

Re:    HealthTrio, LLC v. Aetna Inc., 16-1034 (appeal from United States District Court for the District of Colorado case no. 1:12-cv-03229-REB-MJW)

Office of the Clerk
United States Court of Appeals for the Federal Circuit
717 Madison Pl NW,
Washington, DC 20005

Dear Clerk of the Court:

Appellees Aetna Inc., ActiveHealth Management, Inc. and Medicity, Inc. respectfully request leave to file their Entries of Appearance, Certificate of Interest, and Docketing Statement in the above-captioned appeal after the deadline for filing. The date of docketing for the appeal was October 7, 2015 and the Parties' Entries of Appearance, Certificates of Interest, and Docketing Statements were due 14 days later, on October 21, 2015. Due to an inadvertent error, Appellees were not able to file these documents by the Court deadline.

Respectfully yours,


/s/ Matthew B. Lehr


Matthew B. Lehr

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  October 23, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| Matthew B. Lehr | /s/ Matthew B. Lehr |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Davis Polk & Wardwell, LLP |
| Address | 1600 El Camino Real |
| City, State, Zip | Menlo Park, California 94025 |
| Telephone Number | (650) 752-2000 |
| Fax Number | (650) 752-2111 |
| E-Mail Address | matthew.lehr@davispolk.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields