**2016-1034**

## IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HEALTHTRIO, LLC,

Plaintiff-Appellant,

v.

AETNA, INC.; ACTIVEHEALTH MANAGEMENT, INC.; MEDICITY, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Colorado
Case No. 12-cv-03229-REB-MJW
Judge Robert E. Blackburn

## APPELLANT HEALTHTRIO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT ITS OPENING BRIEF

Appellant, HealthTrio, LLC, respectfully moves this Court for a 60-day extension of time, until Friday, February 5, 2016, in which to file its opening brief. This brief currently is due on Monday, December 7, 2015, more than 7 days from now. Good cause exists for the requested extension, as set forth in detail in the following Declaration of J. Gregory Whitehair. Appellees do not oppose this motion.

Date:  November 25, 2015.                    Respectfully submitted,


*/s/J. Gregory Whitehair*

J. Gregory Whitehair
The Whitehair Law Firm, LLC
12364 West Nevada Place, Suite 305
Lakewood, Colorado 80228
Telephone: (303) 908-5762
Fax: (877) 587-3486
Email: jgw@whitehairlaw.com


*/s/Jennifer K. Fischer*
Jennifer K. Fischer
Fischer Law Firm, P.C.
1777 South Harrison Street
Penthouse - Suite 1500
Denver, Colorado 80210
Telephone: (303) 756-2500
Fax: (303) 756-2506
Email: Jennifer@fischeresq.com

**2016-1034**
## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

---

HEALTHTRIO, LLC,

Plaintiff-Appellant,

v.

AETNA, INC.; ACTIVEHEALTH MANAGEMENT, INC.; MEDICITY, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Colorado
Case No. 12-cv-03229-REB-MJW
Judge Robert E. Blackburn

---

## DECLARATION OF J. GREGORY WHITEHAIR

---

I, J. Gregory Whitehair, declare:

1. I am lead counsel for Appellant in this matter, and a sole practitioner in Colorado. I have personal knowledge of the matters set forth below and, if called to testify to them, could do so competently.

2. Appellant is seeking a 60-day extension of time until Friday, February 5, 2015, within which to file its opening brief. This brief currently is due Monday, December 7, 2015. No previous extensions for filing this brief have been sought or granted. Appellees do not oppose this motion according

to a responsive email sent today from their counsel, Mr. Igor Piryazev, Esq. of the Davis Polk law firm.

3. The grounds for this extension are as follows:

   a. I am the attorney with primary responsibility for the preparation of appellant's brief on appeal. I am not able to complete the necessary work within the normal time allotted for three primary reasons:

   b. Work obligations:

      i. I have been recently appointed Special Master for discovery in *Virtela v. Funk*, District Court, Denver, Colorado, and have several time-critical proceedings to manage in the next two months.

      ii. I am lead and consulting counsel on several matters in the PTAB and in this Court relating to my client Fifth Market, Inc. of Tennessee, with upcoming filings and discovery due this month and next.

      iii. I am in-house counsel to Full Circle Systems of Morrison, Colorado which is going through a significant management restructuring with a target end of year.

c. Family obligations:

    i. I am the primary medical manager and POA for my elderly (age 82) father; he has fallen recently and is now in intensive rehab.

    ii. Along with one of my sons, I am also taking over day-to-day management of my father's real estate holdings in the Denver area.

d. Holiday season:

    i. In addition to this week's Thanksgiving break, upcoming holidays for members of my firm, colleagues, and family include Hannukah, Christmas, and New Year's.

    ii. On a point of personal privilege, given my father's medical issues, my family has requested a family-focused holiday season through early 2016.

4. To meet my obligations in this appeal and with respect to the foregoing matters, I have enlisted the assistance of other colleagues. But even with such assistance, particularly given the holiday period, I will not reasonably be able to complete the work necessary to prepare appellant's opening brief

by the present due date, while at the same time meeting my other commitments.

5. I have exercised, and will continue to exercise, diligence regarding this appeal and will file the brief by the requested due date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of November, 2015 at Lakewood, Colorado.

*/s/J. Gregory Whitehair*
J. Gregory Whitehair

FORM 9.  Certificate of Interest

Form 9

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HealthTrio, LLC _____ **v.** Aetna, Inc. _____

Case No. _____ 16-1034 _____

### CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)

HealthTrio, LLC _____ certifies the following (use "None" if applicable; use extra sheets
if necessary):

1.     The full name of every party or amicus represented by me is:


HealthTrio, LLC


2.     The name of the real party in interest (Please only include any real party in interest
NOT identified in Question 3. below) represented by me is:

N/A


3.     All parent corporations and any publicly held companies that own 10 percent of the
stock of the party or amicus curiae represented by me are listed below. (Please list each party
or amicus curiae represented with the parent or publicly held company that owns 10 percent
or more so they are distinguished separately.)


N/A


4.  ☒  The names of all law firms and the partners or associates that appeared for the party
       or amicus now represented by me in the trial court or agency or are expected to appear
       in this court (and who have not or will not enter an appearance in this case) are:
The Whitehair Law Firm, LLC:  J. Gregory Whitchair
Fischer Law Firm, P.C.:  Jennifer Kroell Fischer, Ronnie Fischer
The Ollila Law Group, LLC:  Carl F. Manthei
Patent Law Offices of Rick Martin, P.C.:  Ralph "Rick" M. Martin, Carter Gilmer (continued on next page)


_____ 25 November, 2015 _____          /s/J.Gregory Whitehair _____
             Date                              Signature of counsel



Please Note: All questions must be answered

                                        J. Gregory Whitehair _____
cc:     Jennifer Kroell Fischer, Igor Piryazev          Printed name of counsel


Reset Fields

CERTIFICATE OF INTEREST
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
HealthTrio, LLC v. Aetna, Inc.
Case No. 16-1034

4. (continued)
     Sheridan Ross, P.C.:  Benjamin Baughman Lieb, George Theodore Scott

     Skiermont Puckett, LLP:  Donald Puckett, Paul Joseph Skiermont, Shellie R. Stephens, Rajkumar Vinnakota

**2016-1034**
# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

---

### HEALTHTRIO, LLC,
Plaintiff-Appellant,

v.

### AETNA, INC.; ACTIVEHEALTH MANAGEMENT, INC.; MEDICITY, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Colorado
Case No. 12-cv-03229-REB-MJW
Judge Robert E. Blackburn

---

### CERTIFICATE OF SERVICE

---

I hereby certify that on this 25th day of November, 2015, I served a true and correct copy of the foregoing using the CM/ECF system which will send notification to all counsel of record.

*/s/J. Gregory Whitehair*

J. Gregory Whitehair
The Whitehair Law Firm, LLC
12364 West Nevada Place, Suite 305
Lakewood, Colorado 80228
Telephone: (303) 908-5762
Fax: (877) 587-3486
Email: jgw@whitehairlaw.com